# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
FEB 17 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    vs.<br><br>MARLENE TOLEDO (1),<br><br>                      Defendant. | CASE NO. 12CR0229 JLS<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____   the Court has dismissed the case for unnecessary delay; or

_____   the Court has granted the motion of the Government for dismissal, without prejudice; or

_____   the Court has granted the motion of the defendant for a judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Information:

      21:952, 960 - Importation of Methamphetamine

---

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/16/12

                                               William V. Gallo
                                               U.S. Magistrate Judge